IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN JUSTIN BROWNLEE,** | Case No. 2:20-cv-0696 JAM KJN P |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| **S. LEE, et al.,** | |
| Defendant. | |

The Court, having considered Defendants Berneiser, Gines, Medeiros, and Purnell's request for an extension of time to return signed waivers of service, and good cause having been shown:

IT IS HEREBY ORDERED that:

1. The request (ECF No. 23) is granted; and

2. The deadline for Defendants Berneiser, Gines, Medeiros, and Purnell to return signed service waivers in this action is extended until fourteen days after the February 18, 2021 settlement conference, or March 4, 2021.

Dated:  December 15, 2020

/brow0696.ext

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE